AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 2 — Imprisonment

Judgment - Page 2 of 5

Defendant: **GEORGE MASHKOW JR.**
Case No.: **2001CR 159**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **ONE (1) YEAR and ONE (1) DAY**.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

  ☐ at __ a.m./p.m. on __.
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  ☒ before 2 p.m. on **9/20/2004**. If the defendant is not designated within the given time frame he/she should surrender to the Marshals office in Brooklyn. If the defendant has not already done so at the time of sentence he/she should communicate with the Marshals office to obtain information regarding the procedures for voluntary surrender.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  9-20-2004  to  FCC Coleman-Medium  at Coleman, FL  v/s, with a certified copy of this judgment.

Carlyle I. Holder, Warden
~~United States Marshal~~

By: M. Rubacio LTC
~~Deputy Marshal~~